# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **George Michael Steen,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioners, | ) | 5:23-cv-00046-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Todd Ishee, et al,** | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2024 Order.

March 29, 2024

Katherine Hord Simon, Clerk
United States District Court